# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ZULFIYA KARIMOVA,

    Plaintiff,

v.

BAC HOME LOANS SERVICING LP, *et al*.,

    Defendants.

Case No. 2:11-CV-00193-KJD -LRL

**ORDER**

    Before the Court is the Motion to Quash of Specially Appearing Defendant Northwest Trustee Services, Inc. (#10).

    This Motion was filed on July 7, 2011. No opposition has been filed. Local Rule 7-2(d) provides that failure to oppose a motion "constitute[s] a consent to granting of the motion."

    Accordingly, **IT IS HEREBY ORDERED THAT** the Motion to Quash of Specially Appearing Defendant Northwest Trustee Services, Inc. (#10) is **GRANTED**.

    DATED this 15th day of August 2011.

_____
Kent J. Dawson
United States District Judge